Evan Livingstone, SBN 252008
Attorney at Law
740 4th St, Ste 215
Santa Rosa CA 95404
Phone: (707) 206-6570
Fax: (707) 676-9112
Email: evanmlivingstone@gmail.com

Attorney for Debtors
Javier U. Ramirez and Maria Isabel Hernandez

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

| In re: | Case No. | 14-10862 |
|---|---|---|
| Javier U. Ramirez and Maria Isabel Hernandez | Chapter | 11 |
| Debtor(s) | **ORDER CONFIRMING PLAN** | |
| | Date: | October 16, 2015 |
| | Time: | 9:00 AM |
| | Location: | 99 South E Street |
| | | Santa Rosa, CA 95404 |
| _____/ | Judge: | Hon. Alan Jaroslovsky |

## ORDER CONFIRMING PLAN

The plan under chapter 11 of the Bankruptcy Code filed by Javier U. Ramirez and Maria Isabel Hernandez, on June 25, 2015, having been transmitted to creditors; and

It having been determined after hearing on notice that the requirements for confirmation set forth in 11 U.S.C. § 1129(a) have been satisfied;

**IT IS ORDERED that:**

1. The plan filed by Javier U. Ramirez and Maria Isabel Hernandez, on June 25, 2015, is confirmed.

2. The Stipulation, docket number 81, entered into between JPMorgan Chase Bank,

1  National Association as the authorized servicer for Wells Fargo Bank, N.A. and Javier Ugalde

2  Ramirez and Maria Isabel Hernandez is approved by the Court.

3      3. The terms of said Stipulation are incorporated into the confirmed plan.

5  DATED: October 20, 2015

6                                   Alan Jaroslovsky
                                 U.S. Bankruptcy Judge

10  Approved as to Form

11                                 **ALDRIDGE PITE, LLP**

13  Dated: October 20, 2015        /s/ Matthew R. Clark
                                        MATTHEW R. CLARK
14                                          Attorneys for Wells Fargo Bank, N.A. s/b/m to Wachovia Mortgage, FSB a division of Wells Fargo Bank, N.A. and formerly known as Wachovia Mortgage FSB, formerly known as World Savings Bank, FSB.